THOMAS GUNN *vs.* UNION RAILROAD COMPANY.

PROVIDENCE—MAY 7, 1902.

PRESENT : Stiness, C. J., Tillinghast and Rogers, JJ.

(1)  *New Trial.*

Where a question has once been heard and determined by the Appellate
  Division upon a petition for a new trial, the same question cannot be
  brought a second time as a ground for a new trial.

TRESPASS ON THE CASE for negligence.   After decision
rendered in 23 R. I. 289, the plaintiff again moved for judg-
ment on the verdict.   Heard on petition of plaintiff for new
trial, and petition dismissed.

(1)   PER CURIAM.   The plaintiff's petition for a new trial, on his
motion made for a second time in the Common Pleas Divis-
ion for judgment on the verdict, is not properly before the
court. . In this case—23 R. I. 289—the same question was
heard and determined by the full court, in which the court
decided :  " The plaintiff's motion that this Division dismiss
the defendant's petition for a new trial and direct the Com-
mon Pleas Division to enter judgment on the verdict of the
jury in this action, is denied."

This very question, having been once heard and determined, cannot be brought a second time as a ground for a new trial.

Petition dismissed.

*Charles E. Gorman*, for plaintiff.

*David S. Baker*, for defendant.